VIOLET HOCHZEIT, Respondent, v. H & F BAKE SHOP, INC., et al., Appellants. — In an action to rescind the sale of a business and for other relief on the ground of fraudulent representations as to the weekly income of the business,

defendants appeal from a judgment in favor of plaintiff entered on the decision of an Official Referee, to whom the matter was referred to hear and determine. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.